

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plantiff<br>-vs-<br>MIGUEL MORAN DIAZ<br>Defendant | CASE NUMBER: CR: 15-2444-JC<br>REPORT COMMENCING CRIMINAL ACTION<br>65699-004<br>USMS NUMBER |

TO: CLERK'S OFFICE         (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT                   (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) **DATE AND TIME OF ARREST:**

(2) **LANGUAGE SPOKEN:** English / Spanish

(3) **OFFENSE (S) CHARGED:** Felon in posession of weapons Title 18 USC 922

(4) **UNITED STATES CITIZEN:**   ( ) YES   (X) NO   ( ) UNKNOWN

(5) **DATE OF BIRTH:** 10/5/1969

(6) **TYPE OF CHARGING DOCUMENT:** (CHECK ONE)
  { } INDICTMENT   {✓} COMPLAINT TO BE FILED/ALREADY FILED
  { } BENCH WARRANT FOR FAILURE TO APPEAR
  { } PROBATION VIOLATION WARRANT
  { } PAROLE VIOLATION WARRANT
  **ORIGINATING DISTRICT:** Southern District of Florida

(7) **REMARKS:**

(8) **DATE:** 4-2-15     (9) **ARRESTING OFFICER:** David Clancy

(10) **AGENCY:** FBI MIAMI    (11) **PHONE:** 754-703-3841

(12) **COMMENTS:**