# COURT MINUTES
## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor     Date: 4/8/15     Time: 10:00 a.m.

Defendant: Miguel Moran Diaz    J#: 65699-004    Case #: 15-2444-GOODMAN
AUSA: Mark Anton    Attorney: AFPD - Tony Natale
Violation: FELON/POSS/FIREARM
Proceeding: PTD    CJA Appt:
Bond/PTD Held: ☑ Yes ☐ No    Recommended Bond: PTD
Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English ✓

Disposition:
*P/A 4/17/15* Govt req.
PTD as a risk/danger to the community. Govt. Proffers - S/A David Clancy sworn in & testified Cross Exam. No re-direct.

Court orders - Pretrial Detention as a Risk/flight + a Danger to the community.

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 11:29:36 / 11:59:41    Time in Court: 7S