FILED by TB D.C.

Apr 16, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 15-20264-CR-LENARD/GOODMAN

CASE NO._____
18 U.S.C. § 922(g)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

MIGUEL MORAN DIAZ,

        Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about April 2, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MIGUEL MORAN DIAZ,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearms and ammunition are:

(a) a .40 caliber Springfield XDM handgun, bearing serial number MG224450,

(b) .40 caliber Keltec 2000 rifle, bearing serial number E6848, and

(c) three hundred twenty-seven (327) rounds of .40 caliber ammunition

## FORFEITURE

1. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of property in which the defendant has an interest, pursuant to the provisions of Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d)(1), and the procedures outlined at Title 21, United States Code, Section 853.

2. Upon the conviction of any violation of Title 18, United States Code, Section 922(g)(1), the defendant shall forfeit to the United States of America any firearm and ammunition involved in or used in the commission of said violation.

3. The property subject to forfeiture includes but is not limited to:

   a. a .40 caliber Springfield XDM handgun, bearing serial number MG224450,

   b. a .40 caliber Keltec 2000 rifle, bearing serial number E6848, and

   c. three hundred twenty-seven (327) rounds of .40 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d)(1), and Title 21, United States Code, Section 853.

A TRUE BILL

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
FOREPERSON

_____
MARC S. ANTON
ASSISTANT U. S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| MIGUEL MORAN DIAZ, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____ / | **Superseding Case Information:** |

**Court Division**: (Select One)

_X_ Miami _____ Key West
_____ FTL _____ WPB _____ FTP

New Defendant(s)        Yes _____ No _____
Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     No
   List language and/or dialect _____

4. This case will take    3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days      _X_
   II   6 to 10 days     ___
   III  11 to 20 days    ___
   IV   21 to 60 days    ___
   V    61 days and over ___

   (Check only one)
   Petty    ___
   Minor    ___
   Misdem.  ___
   Felony   _X_

6. Has this case been previously filed in this District Court?  (Yes or No)    No
   If yes: _____
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)    Yes
   If yes:
   Magistrate Case No.    15-2444-JG
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    4/2/2015
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes    _X_ No

_____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0148369

*Penalty Sheet(s) attached                                       REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MIGUEL MORAN DIAZ

**Case No:**

Count: 1

Felon in Possession of a Firearm

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:** 10 years' imprisonment, 3 years' supervised release, $250,000 fine

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.