# COURT MINUTES

Page 4

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**  Date: 4/17/15  Time: 10:00 a.m.

Defendant: Miguel Moran Diaz  J#: 65699-004  Case #: 15-20264-Cr-Lenard/Goodman
AUSA: Dan Bernstein  Attorney: AFPD- Bunmi Lomax
Violation: Felon in Possession of a Firearm
Proceeding: Arraignment  CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No  Recommended Bond:
Bond Set at: PTD (hrg held)  Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Defendant Arraigned

~~Reading of indictment Waived~~
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested.

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:12:51  Time in Court: 1