SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**JUDGE JOAN A. LENARD**

DEFENDANT:   MIGUEL MORAN DIAZ

CASE NO. 15-20264-CR

Deputy Clerk:  P. Mitchell                                                     DATE:  July 27, 2015
Court Reporter:  Lisa Edwards                                              USPO:   Michelle Burguess
AUSA:   Marc Anton                                                              Deft Counsel: Daniel Ecarius
Interpreter:  none                                                                 Time: 4:pm-4:55pm

COUNTS  DISMISSED  _____

  Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited

  Sentencing cont'd until ___ at _____ AM

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Count(s) |
|---|---|---|---|
|  |  | 120 | 1 |

**Supervised Release:**  3yrs.    **Special Conditions:**   search property, cannot use computers with access to internet, prohibited from associating w/terrorist affiliations, removal, financial disclosure

**Motion for Downward Variance**:        ___(grant) ___(denied)
**Motion for Downward Departure**        ___(grant) ___(denied)
 The Court varied upward

Probation

| Years | Months | Counts |
|---|---|---|
|  |  |  |
|  |  |  |

Assessment $100    Restitution $_____    Fine $_____    Forfeiture included   x

CUSTODY

  x    Remanded to the Custody of the U.S. Marshal Service
  ___  Release on bond pending appeal
  ___  Voluntary Surrender to (designated institution or U.S. Marshal Service  ___
  ___  Recommendation: _____