UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20264-CR-LENARD

UNITED STATES OF AMERICA

v.

MIGUEL MORAN DIAZ,

        Defendant.
_____/

**GOVERNMENT'S RESPONSE TO COURT'S ORDER REGARDING STATUS UPDATE OF DEFENDANT'S HEALTH AND LOCATION**

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to the Court's Order dated July 29, 2020 (DE 52), the government provides the following update regarding the Defendant's health and location:

On July 2, 2020, the Court received a letter from a man named Carlos Granda, who claims to be Defendant's cellmate. (D.E. [51].) The letter stated that on June 25, 2020, Defendant "was taken out of the housing unit because of his heart condition[.]" (Id.) Mr. Granda states that he does not know whether Defendant is dead or alive. (Id.) He further states that he does not know whether Defendant has "any papers due in court," but in the event he has anything due, Mr. Granda is requesting an extension on Defendant's behalf. (Id.) Thereafter, the Government was ordered to provide an update to the Court as to the status of the Defendant's health and location by August 3, 2020 at noon.

Accordingly, the United States made contact with Jeffrey Middendorf, Supervisory Attorney at FCC Coleman, who provided the following update:

"These two inmates are not cellmates. [They are] both in the same Unit but not really close

1

to each other. On June 25, 2020, I/M Diaz was assigned in Unit B3, cell 23L. I/M Granda was assigned in Unit B3, cell 9. According to the Counselor, these inmates are on opposite sides of the Unit. According to the Inmate History (movement) for Diaz, he was sent to the hospital on June 25, 2020 and returned back to Coleman MEDIUM on June 27, 2020. An Administrative Note in his Medical Records shows that on June 25, 2020 he was complaining of chest pain and has a history of previously receiving a stent. After he was discharged on June 27, 2020 he was sent to the MEDIUM facility because all LOW inmates returning from medical trips are placed in a quarantine unit at the MEDIUM for at least 14 days and tested for COVID before returning to the LOW. The LOW is open bay housing so we have the quarantine unit at the MEDIUM." Consequently, Diaz remains at FCC Coleman, having been discharged from the hospital after receiving "negative" cardiac cath results, and currently remains at the Medium facility in quarantine awaiting a standard COVID-19 test before returning back to his assigned cell/unit at the Low facility. That is most likely why Inmate Granada has not seen Diaz in some time.

Moreover, the most recent medical records reveal the following:

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  Bonnet-Engebretson, Leonor MD
ON CALL MD/ PT. TRANSPORT TO LOCAL HOSPITAL
ON DUTY LT. ADVISED OF INMATE COMPLAINT OF CHEST PAIN.
PAST HX. CAD, STENT PLACEMENT, CARDIAC ARRHYTHMIA,ANXIETY DISORDER/DEPRESSION.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No
Completed by Bonnet-Engebretson, Leonor MD on 06/26/2020 08:26

**Admin Note - Community Hospital Report** encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    1      Provider:   Marchan, Ed MD/CD

admitted 6/26/20 in early am due to chest pain

underwent cardiac cath: negative as per hospitalist

plan-> patient was discharged today back to institution given negative cardiac cath.

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No
Completed by Marchan, Ed MD/CD on 06/28/2020 15:07

 

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:    /s/ *Marc S. Anton*
       MARC S. ANTON
       Assistant United States Attorney
       Florida Bar No. 0148369
       500 E. Broward Blvd., Suite 700
       Fort Lauderdale, FL 33394
       Tel: (954) 660-5096
       Fax: (954) 356-7230
       Marc.anton@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 3, 2020 a true and correct copy of the foregoing was filed with the Court using CM/ECF.

       /s/ *Marc S. Anton*
       MARC S. ANTON
       Assistant United States Attorney